UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

PATRICIA HUGHES, et al.

                      Plaintiffs,                    05CV9085 (HB)

                                                      **MINUTE ORDER**

  -against-

BCI INTERNATIONAL HOLDINGS
INCORPORATED, et al.

                    Defendants.

-----------------------------------------------------------x

This case having been pending for over three years, all presently contemplated proceedings having been completed, and there having been no action for more than 12 months, there appears to be no further reason at this time to maintain this action as open for statistical purposes and the Clerk of the Court is instructed to complete a JS-6 closing report for this case.

Nothing in this minute order shall be considered a dismissal or disposition of this matter and, should further proceedings in it become necessary or desirable, any party may initiate such proceedings in the same manner as if this minute order had not be entered.

**SO ORDERED**
March 19, 2009

                                                               Hon. Harold Baer, Jr.
                                                                    U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/09
```